UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| In re | MASTER DOCKET |
|---|---|
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | 18-md-2865 (LAK) |
| This document relates to: 18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100. | |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULES FOR MOTIONS TO DISMISS AMENDED COMPLAINTS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the briefing schedules for the respective motions to dismiss the amended complaints (the "Motions," and each a "Motion") filed by Defendants Acer Investment Group, LLC, Darren Wittwer, Louise Kaminer, and Robert Crema on July 2, 2020 (ECF No. 392), and by Defendants The Goldstein Law Group PC 401(k) Profit Sharing Plan, Sheldon Goldstein, and Scott Goldstein on July 3, 2020 (ECF No. 396), are modified as follows:

1. Plaintiff Skatteforvaltningen's current July 16 and July 17, 2020 deadlines to submit its responses to the Motions are hereby extended by twenty-one (21) and twenty (20) days, respectively, up to and including August 6, 2020.

2. Defendants' deadline to submit replies in further support of their Motions shall be August 20, 2020.

This is the parties' first request to modify the briefing schedule for either Motion.

SO ORDERED

7/15/2020