**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-09797-LAK; 1:18-cv-09836-LAK;
1:18-cv-09837-LAK; 1:18-cv-09838-LAK;
1:18-cv-09839-LAK; 1:18-cv-09840-LAK;
1:18-cv-09841-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND TO THE THIRD-PARTY COMPLAINTS OF ACER INVESTMENT GROUP, LLC, DARREN WITTWER, AND ROBERT CREMA**

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") each filed Third-Party Complaints against ED&F Man Capital Markets, Ltd. ("ED&F") in the above-captioned proceedings on January 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that:

1. ED&F shall respond to the Third-Party Complaints on or before April 15, 2021;

2. The Third-Party Plaintiffs shall respond to any motion to dismiss the Third-Party Complaints on or before May 14, 2021; and

3. ED&F shall file any reply memoranda of law on or before June 4, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F

and the Third-Party Plaintiffs expressly reserve, all claims and defenses. This is the first request to modify the time for answering or responding to the Third-Party Complaints.

Dated:      New York, New York
               February 17, 2021

**BINDER & SCHWARTZ LLP**

By:  */s/ Neil S. Binder*

Neil S. Binder
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone:  212-510-7031
Facsimile:   212-510-7299
nbinder@binderschwartz.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*

**K&L GATES LLP**

By:  */s/ John C. Blessington*

John C. Blessington (*pro hac vice*)
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  617.261.3100
Facsimile:   617.261.3175
John.Blessington@klgates.com

*Attorneys for Third-Party Plaintiffs Acer Investment Group, LLC, Darren Wittwer, and Robert Crema*

SO ORDERED:

/s/ Lewis A. Kaplan / PCM    2/18/2021
Hon. Lewis A. Kaplan
United States District Judge

2