**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

This document relates to: 1:18-cv-05053-LAK;
1:18-cv-09797-LAK; 1:18-cv-09836-LAK;
1:18-cv-09837-LAK; 1:18-cv-09838-LAK;
1:18-cv-09839-LAK; 1:18-cv-09840-LAK;
1:18-cv-09841-LAK; 1:18-cv-10100-LAK

MASTER DOCKET

Case No.: 1:18-md-02865-LAK

**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY**
**DEFENDANT ED&F MAN CAPITAL MARKETS, LTD.'S TIME TO RESPOND**
**TO ACER INVESTMENT GROUP, LLC, DARREN WITTWER,**
**AND ROBERT CREMA'S MOTION TO AMEND**

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC ("Acer"), Darren

Wittwer, and Robert Crema (collectively, the "Third-Party Plaintiffs") filed a joint Motion to

Amend (the "Motion") their Third-Party Complaints against ED&F Man Capital Markets, Ltd.

("ED&F") in the above-captioned proceedings on November 29, 2021;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-

Party Plaintiffs, that:

1.      ED&F shall file its opposition to the Motion on or before February 4, 2022; and

2.      The Third-Party Plaintiffs shall file any reply on or before March 4, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F

and the Third-Party Plaintiffs expressly reserve, all claims and defenses.  This is the second

request to modify the briefing schedule for the Motion; the first such request was granted.  *See*

ECF No. 703.

Dated:      New York, New York
           January 6, 2022

**BINDER & SCHWARTZ LLP**


By:  <u>*/s/ Neil S. Binder*</u>
      Neil S. Binder
      M. Tomas Murphy
      Gregory C. Pruden
      366 Madison Avenue, 6th Floor
      New York, NY 10017
      Telephone:  212-510-7031
      Facsimile:   212-510-7299
      nbinder@binderschwartz.com
      tmurphy@binderschwartz.com
      gpruden@binderschwartz.com

      *Attorneys for Third-Party Defendant ED&F*
      *Man Capital Markets, Ltd.*


**K&L GATES LLP**


By:  <u>*/s/ Brandon R. Dillman*</u>
      John C. Blessington (*pro hac vice*)
      Brandon R. Dillman (*pro hac vice*)
      State Street Financial Center
      One Lincoln Street
      Boston, MA 02111
      Telephone:  617.261.3100
      Facsimile:   617.261.3175
      John.Blessington@klgates.com
      Brandon.Dillman@klgates.com

      *Attorneys for Third-Party Plaintiffs Acer*
      *Investment Group, LLC, Darren Wittwer, and*
      *Robert Crema*

SO ORDERED:


<u>                      </u>
Hon. Lewis A. Kaplan
United States District Judge