# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION

Pertains to case numbers:

18-cv-5053, 18-cv-5374, 18-cv-8655, 18-cv-9797, 18-cv-9836, 18-cv-9837, 18-cv-9838, 18-cv-9839, 18-cv-9840, 18-cv-9841, 18-cv-10100

Case No. 1:18-md-02865 (LAK)

## NOTICE OF NAME CHANGE

ED&F Man Capital Markets Limited, by and through undersigned counsel, hereby gives notice that on or about September 11, 2023, its name was changed to MCML Limited.

Dated: June 11, 2024
New York, New York

Respectfully submitted,

/s/ Neil S. Binder
Neil S. Binder
**BINDER & SCHWARTZ LLP**
675 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212.510.7008
Fax: 212.510.7299
nbinder@binderschwartz.com

*Counsel for MCML Limited*