UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-25

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
LITIGATION

Master Docket 18-md-02865
(LAK)

This document relates to:   18-cv-05053, 18-cv-09797,
18-cv-09836, 18-cv-09837,
18-cv-09838, 18-cv-09839,
18-cv-09840, 18-cv-09841,
18-cv-10100

### STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
### TIME TO ANSWER AMENDED THIRD-PARTY COMPLAINTS

WHEREAS, Third-Party Plaintiffs Acer Investment Group, LLC; Darren Wittwer, and Elaina Crema (as personal representative of the estate of Robert V. Crema) (collectively, the "Third-Party Plaintiffs") filed Amended Third-Party Complaints against Third-Party Defendant MCML Limited ("ED&F") in the above-listed actions;

WHEREAS, ED&F moved for dismissal of the Amended Third-Party Complaints on June 11, 2024;

WHEREAS, ED&F's motion to dismiss the Amended Third-Party Complaints was denied by Pretrial Order No. 50, dated February 28, 2025;

IT IS HEREBY STIPULATED AND AGREED, by and between ED&F and the Third-Party Plaintiffs, that ED&F's deadline to answer the Amended Third-Party Complaints (Dkt. Nos. 1019-1, 1019-2, 1019-3) shall be extended by thirty-one (31) days, up to and including Monday, April 14, 2025.

No provision of this Stipulation and Order shall be construed as a waiver of, and ED&F expressly reserves, all defenses.

This is the parties' first request to modify the time for answering the Amended Third-Party Complaints.

Dated: March 10, 2025

By: /s/ Neil S. Binder
Neil S. Binder
Binder & Schwartz LLP
675 Third Avenue, 26th Floor
New York, NY 10017
(212) 510-7008
nbinder@binderschwartz.com

*On behalf of Third-Party Defendant MCML Limited.*

By: /s/ John C. Blessington
(e-signed with consent)
John C. Blessington (*pro hac vice*)
Brandon R. Dillman (*pro hac vice*)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
(617) 261-3100
john.blessington@klgates.com
brandon.dillman@klgates.com

*On behalf of Third-Party Plaintiffs Acer Investment Group, LLC; Elaina Crema (as personal representative of the Estate of Robert V. Crema); and Darren Wittwer*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

3/11/25